UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| JESCO CONSTRUCTION | § | Case No. 18-52152-JAW |
| CORPORATION, A DELAWRE | § | |
| CORPORATION | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kimberly R. Lentz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 311,743.03 | Claims Discharged Without Payment: 11,072,899.72 |
| Total Expenses of Administration: 288,256.97 | |

3) Total gross receipts of $600,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $600,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,509,771.33 | $5,509,771.33 | $311,743.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 288,256.97 | 288,256.97 | 288,256.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,739,869.77 | 7,854,389.95 | 7,854,389.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $13,769,869.77 | $13,652,418.25 | $13,652,418.25 | $600,000.00 |

4) This case was originally filed under chapter 7 on 11/05/2018. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2021      By: /s/Kimberly R. Lentz
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BP CLAIM | 1149-000 | 600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$600,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Department Of The Treasury | 4110-000 | 0.00 | 2,878,443.11 | 2,878,443.11 | 311,743.03 |
| 5 | Earl A. Payson And Daniel D. Bernstein, Attorneys | 4110-000 | 0.00 | 600,000.00 | 600,000.00 | 0.00 |
| 10 | Henry Clark | 4110-000 | 0.00 | 615,664.11 | 615,664.11 | 0.00 |
| 11 | Henry Clark | 4110-000 | 0.00 | 615,664.11 | 615,664.11 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Theodore Connor, Iii | 4110-000 | 0.00 | 800,000.00 | 800,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,509,771.33** | **$5,509,771.33** | **$311,743.03** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kimberly R. Lentz | 2100-000 | NA | 33,250.00 | 33,250.00 | 33,250.00 |
| Kimberly R. Lentz | 2200-000 | NA | 45.32 | 45.32 | 45.32 |
| Axos Bank | 2600-000 | NA | 3,866.73 | 3,866.73 | 3,866.73 |
| UNITED STATES BANKRUPTCY COURT (JACKSON) | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 91,498.60 | 91,498.60 | 91,498.60 |
| Mississippi Department Of Revenue | 2820-000 | NA | 25,075.76 | 25,075.76 | 25,075.76 |
| LENTZ & LITTLE PA | 3110-000 | NA | 12,420.00 | 12,420.00 | 12,420.00 |
| LENTZ & LITTLE PA | 3120-000 | NA | 223.51 | 223.51 | 223.51 |
| Steve Olen, Esq. | 3210-000 | NA | 120,000.00 | 120,000.00 | 120,000.00 |
| BEN YOUNG | 3410-000 | NA | 1,427.05 | 1,427.05 | 1,427.05 |
| BEN YOUNG | 3420-000 | NA | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$NA** | **$288,256.97** | **$288,256.97** | **$288,256.97** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | 30,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $30,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Longleaf Pine Partners | | 63,121.20 | NA | NA | 0.00 |
| | Shackelford, Melton & | | 4,388.57 | NA | NA | 0.00 |
| | Walter C. Ernest, III | | 3,121,000.00 | NA | NA | 0.00 |
| 7 | Ann B Shavers | 7100-000 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | D&S Excavators Llc. | 7100-000 | 673,200.00 | 678,700.00 | 678,700.00 | 0.00 |
| 8 | Henry Clark | 7100-000 | 0.00 | 750,000.00 | 750,000.00 | 0.00 |
| 6 | John E Shavers | 7100-000 | 4,000,000.00 | 0.00 | 0.00 | 0.00 |
| 9 | R.E. Huber Construction, Inc. | 7100-000 | 3,548,160.00 | 2,800,000.00 | 2,800,000.00 | 0.00 |
| 1 | Ralph Wheat | 7100-000 | 130,000.00 | 248,801.51 | 248,801.51 | 0.00 |
| 2 | Theodore Connor, Iii | 7100-000 | 1,200,000.00 | 2,376,888.44 | 2,376,888.44 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$13,739,869.77** | **$7,854,389.95** | **$7,854,389.95** | **$0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-52152-JAW | JAW | Judge: | Jamie A. Wilson | Trustee Name: | Kimberly R. Lentz |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JESCO CONSTRUCTION CORPORATION, A DELAWRE CORPORATION | | | | Date Filed (f) or Converted (c): | 11/05/2018 (f) |
| | | | | | 341(a) Meeting Date: | 12/11/2018 |
| For Period Ending: | 12/06/2021 | | | | Claims Bar Date: | 04/10/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BP CLAIM | Unknown | 10,000.00 | | 600,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $0.00 | $10,000.00 | $600,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/09/2021     Current Projected Date of Final Report (TFR): 12/30/2021

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*


**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-52152-JAW
Case Name: JESCO CONSTRUCTION CORPORATION, A DELAWRE CORPORATION
Trustee Name: Kimberly R. Lentz
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0410
Checking
Taxpayer ID No: XX-XXX7957
Blanket Bond (per case limit): $33,628,643.00
For Period Ending: 12/06/2021
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/20 | 1 | BP PRODUCTS NORTH AMERICA | SETTLEMENT PROCEEDS | 1149-000 | $600,000.00 | | $600,000.00 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $598.36 | $599,401.64 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $661.85 | $598,739.79 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $639.77 | $598,100.02 |
| 05/19/21 | 3001 | Steve Olen, Esq. Cunningham Bounds, LLC 1601 Dauphin Street Mobile, AL 36604 | ATTORNEY FEES per dkt# 37 | 3210-000 | | $120,000.00 | $478,100.02 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $630.50 | $477,469.52 |
| 06/15/21 | 3002 | BEN YOUNG 9490 THREE RIVERS ROAD GULFPORT, MS 39503 | ACCOUNTANT FEES AND EXPENSES per dkt#45 | | | $1,527.05 | $475,942.47 |
| | | BEN YOUNG | | ($1,427.05) | 3410-000 | | |
| | | BEN YOUNG | | ($100.00) | 3420-000 | | |
| 06/15/21 | 3003 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | 2020 INCOME TAXES PER DKT#46 | 2810-000 | | $91,498.60 | $384,443.87 |
| 06/15/21 | 3004 | MISSISSIPPI DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 22808 Jackson, Ms 39225-2808 | 2020 INCOME TAXES PER DKT#46 | 2820-000 | | $22,411.00 | $362,032.87 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $504.68 | $361,528.19 |

Page Subtotals: $600,000.00 $238,471.81

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-52152-JAW | Trustee Name: Kimberly R. Lentz |
| Case Name: JESCO CONSTRUCTION CORPORATION, A DELAWRE CORPORATION | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0410 |
| | Checking |
| Taxpayer ID No: XX-XXX7957 | Blanket Bond (per case limit): $33,628,643.00 |
| For Period Ending: 12/06/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/21 | 3005 | Mississippi Department Of Revenue Bankruptcy Section Post Office Box 22808 Jackson, Ms 39225-2808 | PENALTIES AND INTEREST FOR 2020 ESTATE INCOME TAXES PER DKT#46 | 2820-000 | | $2,664.76 | $358,863.43 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $441.53 | $358,421.90 |
| 08/16/21 | 3006 | LENTZ & LITTLE PA PO BOX 927 GULFPORT, MS 39502 | ATTORNEY FEES AND EXPENSES PER DKT#51 | | | $12,643.51 | $345,778.39 |
| | | LENTZ & LITTLE PA | ($12,420.00) | 3110-000 | | | |
| | | LENTZ & LITTLE PA | ($223.51) | 3120-000 | | | |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $390.04 | $345,388.35 |
| 11/03/21 | 3007 | Kimberly R. Lentz 2505 14th Street, Suite 500 Gulfport, MS 39501 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $33,250.00 | $312,138.35 |
| 11/03/21 | 3008 | Kimberly R. Lentz 2505 14th Street, Suite 500 Gulfport, MS 39501 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $45.32 | $312,093.03 |
| 11/03/21 | 3009 | UNITED STATES BANKRUPTCY COURT (JACKSON) 501 EAST COURT STREET SUITE 2.300 JACKSON, MS 39201 | Partial Distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $311,743.03 |
| 11/03/21 | 3010 | Department Of The Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Partial Distribution to claim 3 creditor account # representing a payment of 10.83 % per court order. | 4110-000 | | $311,743.03 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $600,000.00 | $600,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $361,528.19 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

| | | |
|---|---|---|
| Subtotal | $600,000.00 | $600,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $600,000.00 | $600,000.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0410 - Checking | $600,000.00 | $600,000.00 | $0.00 |
|  | $600,000.00 | $600,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $600,000.00 |
| Total Gross Receipts: | $600,000.00 |